IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSOCEAN OFFSHORE GULF OF GUINEA VII LIMITED and INDIGO DRILLING LIMITED, | § § § § | |
| Petitioners, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-2623 |
| ERIN ENERGY CORPORATION (f/k/a CAMAC ENERGY INC.), | § § § § | |
| Respondent. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum and Opinion issued today, this action is dismissed with prejudice. This is a final judgment.

SIGNED on March 12, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge